**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57154-TAB |
| | § | |
| JOHN JAMES REED | § | |
| GAIL ANN FRAZER | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on 07/10/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/12/2012            By: /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-57154-TAB
§
JOHN JAMES REED §
GAIL ANN FRAZER §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                    $1,500.00
*and approved disbursements of*                                              $1.63
*leaving a balance on hand of[1]:*                                        $1,498.37

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,498.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $375.00 | $0.00 | $375.00 |
| David P. Leibowitz, Trustee Expenses | $21.67 | $0.00 | $21.67 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

Total to be paid for chapter 7 administrative expenses:     $646.67
Remaining balance:     $851.70

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $851.70 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $851.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $74,500.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Fifth Third Bank | $11,497.82 | $0.00 | $131.45 |
| 2 | Chase Bank USA, N.A. | $1,296.07 | $0.00 | $14.82 |
| 3 | Chase Bank USA, N.A. | $1,576.51 | $0.00 | $18.02 |
| 4 | Chase Bank USA, N.A. | $9,832.23 | $0.00 | $112.40 |
| 5 | Chase Bank USA, N.A. | $1,453.09 | $0.00 | $16.61 |
| 6 | Chase Bank USA, N.A. | $4,561.14 | $0.00 | $52.14 |
| 7 | Chase Bank USA,N.A | $367.14 | $0.00 | $4.20 |
| 8 | LVNV Funding LLC/ resurgent Capital Services | $10,734.10 | $0.00 | $122.71 |
| 9 | Cavalry Portfolio Services, LLC | $11,235.30 | $0.00 | $128.44 |
| 10 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat | $1,437.88 | $0.00 | $16.44 |
| 11 | Capital Recovery III LLC/c/o Recovery Management Systems | $20,509.38 | $0.00 | $234.47 |

**UST-Form 101-7-NFR (5/1/2011)**

| | Corporat | | | |
|---|---|---|---|---|

      Total to be paid to timely general unsecured claims:  $851.70
               Remaining balance:  $0.00

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows: NONE

      Total to be paid to tardily filed general unsecured claims:  $0.00
               Remaining balance:  $0.00

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

      Total to be paid for subordinated claims:  $0.00
          Remaining balance:  $0.00


        Prepared By: /s/ David P. Leibowitz
             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                         Case No. 10-57154-TAB
John James Reed                                                Chapter 7
Gail Ann Frazer
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez                Page 1 of 3                  Date Rcvd: Jun 13, 2012
                              Form ID: pdf006              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2012.
db/jdb         John James Reed,    Gail Ann Frazer,    5131 Wolfe Dr.,    Oak Lawn, IL 60453-5143
16602741       Bank of America/FIA Card Services,    c/o Cavalry Portfolio Svcs, LLC,    PO Box 27288,
                Tempe, AZ 85285-7288
16602745      +Cach, LLC,    c/o Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, Illinois 60090-6017
17264645       Capital Recovery III LLC,    c/o Recovery Management Systems Corporat,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17247394       Capital Recovery IV LLC,    c/o Recovery Management Systems Corporat,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16602740       Carson Pirie Scott,    HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
17236973      +Cavalry Portfolio Services, LLC,    500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16602747      +Chase Bank,    c/o Frederick J. Hanna & Assc,    1427 Roswell Road,    Marietta, GA 30062-3668
16602746      +Chase Bank USA N.A,    c/o MRS Associates of New Jersey,    1930 Olney Avenue,
                Cherry Hill, NJ 08003-2016
16923279       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16999702      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16602744      +Fahey Medical Center,    581 Golf Road,    Des Plaines, IL 60016-2368
16602742       Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
16866332      +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16602752       HHLD Bank/Value City,    PO Box 15518,    Wilmington, NC 28408-5518
16602743       HSBC Card Services,    PO Box 17332,    Baltimore, MD 21297-1332
16602751       Household Bank,    c/o Dispute Processing,    Tigard, OR 97223-8517
16602757      +IL Dept HealthCare/Family Service,    509 South 6th Street,    Springfield, IL 62701-1825
16602749       LB Retail,    450 Winks LN,    Data Reporting,    Bensalem, PA 19020-5932
16602753       Lane Bryant Retail,    PO Box 182789,    Columbus, OH 43218-2789
16602756       Menards,    PO Box 15524,    Wilmington, DE 19850
16602754      +Robert Andina, MD,    c/o Keynote Consulting,    220 W. Campus Drive,    Suite 102,
                Arlington Heights, IL 60004-1498
16602739       Sears,    HBSC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
16602750     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    6565 North Brady Street,    Davenport, IA 52806-2-52)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17236973      +E-mail/Text: bankruptcy@cavps.com Jun 14 2012 02:23:54     Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
16602748       E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2012 04:10:53      GEMB/JC Pennys,    PO Box 981402,
                El Paso, TX 79998-1402
16602755      +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 14 2012 02:20:05     HSBC PLCC FF 1,
                c/o Equable Ascent Financial,    1120 W. Lake Cook Rd, Ste. A,    Buffalo Grove, IL 60089-1970
16602759      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2012 02:16:04      Kohls/Chase,    PO Box 3115,
                Milwaukee, WI 53201-3115
17164517       E-mail/Text: resurgentbknotifications@resurgent.com Jun 14 2012 02:14:33     LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
16602758       E-mail/Text: bankruptcydepartment@ncogroup.com Jun 14 2012 02:23:18
                Northwest Community Hospital,    c/o NCO Financial/55,    PO Box 13570,    Philadelphia, PA 19101
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Lakelaw
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Jun 13, 2012
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2012**                    **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1          User: bchavez             Page 3 of 3              Date Rcvd: Jun 13, 2012
                              Form ID: pdf006           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2012 at the address(es) listed below:
          Daniel M Moulton    on behalf of Debtor John Reed rachelrock@sbcglobal.net
          David P Leibowitz    on behalf of Plaintiff David Leibowitz dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jonathan T Brand    on behalf of Plaintiff David Leibowitz jbrand@lakelaw.com,  ECF@lakelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                             TOTAL: 5