**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-57154-TAB |
| | § | |
| JOHN JAMES REED | § | |
| GAIL ANN FRAZER | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $58,867.00 | Assets Exempt: | $2,400.00 |
| Total Distributions to Claimants: | $851.70 | Claims Discharged Without Payment: | $111,543.55 |
| Total Expenses of Administration: | $648.30 | | |

3) Total gross receipts of $1,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $648.30 | $648.30 | $648.30 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $75,722.96 | $74,500.66 | $74,500.66 | $851.70 |
| **Total Disbursements** | $75,722.96 | $75,148.96 | $75,148.96 | $1,500.00 |

4). This case was originally filed under chapter 7 on 12/29/2010. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2012          By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 11-01601 Leibowitz v. Williston | 1141-000 | $1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $375.00 | $375.00 | $375.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $21.67 | $21.67 | $21.67 |
| Green Bank | 2600-000 | NA | $1.63 | $1.63 | $1.63 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $648.30 | $648.30 | $648.30 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | $11,252.37 | $11,497.82 | $11,497.82 | $131.45 |
| 2 | Chase Bank USA, N.A. | 7100-900 | NA | $1,296.07 | $1,296.07 | $14.82 |
| 3 | Chase Bank USA, N.A. | 7100-900 | NA | $1,576.51 | $1,576.51 | $18.02 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Chase Bank USA, N.A. | 7100-900 | $9,832.23 | $9,832.23 | $9,832.23 | $112.40 |
| 5 | Chase Bank USA, N.A. | 7100-900 | NA | $1,453.09 | $1,453.09 | $16.61 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $4,562.14 | $4,561.14 | $4,561.14 | $52.14 |
| 7 | Chase Bank USA,N.A | 7100-900 | NA | $367.14 | $367.14 | $4.20 |
| 8 | LVNV Funding LLC/ resurgent Capital Services | 7100-000 | NA | $10,734.10 | $10,734.10 | $122.71 |
| 9 | Cavalry Portfolio Services, LLC | 7100-000 | $10,696.63 | $11,235.30 | $11,235.30 | $128.44 |
| 10 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat | 7100-900 | $1,485.00 | $1,437.88 | $1,437.88 | $16.44 |
| 11 | Capital Recovery III LLC/c/o Recovery Management Systems Corporat | 7100-900 | NA | $20,509.38 | $20,509.38 | $234.47 |
| | Cach, LLC | 7100-000 | $20,120.38 | NA | NA | $0.00 |
| | Carson Pirie Scott | 7100-000 | $1,486.97 | NA | NA | $0.00 |
| | Fahey Medical Center | 7100-000 | $20.00 | NA | NA | $0.00 |
| | GEMB/JC Pennys | 7100-000 | $124.00 | NA | NA | $0.00 |
| | HHLD Bank/Value City | 7100-000 | $246.00 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $8,342.91 | NA | NA | $0.00 |
| | HSBC PLCC FF 1 | 7100-000 | $1,438.00 | NA | NA | $0.00 |
| | IL Dept HealthCare/Family | 7100-000 | $556.00 | NA | NA | $0.00 |
| | Kohls/Chase | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| | Lane Bryant Retail | 7100-000 | $321.00 | NA | NA | $0.00 |
| | LB Retail | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Menards | 7100-000 | $1,437.00 | NA | NA | $0.00 |
| | Northwest Community Hospital | 7100-000 | $75.00 | NA | NA | $0.00 |
| | Robert Andina, MD | 7100-000 | $175.00 | NA | NA | $0.00 |
| | Sears | 7100-000 | $1,548.33 | NA | NA | $0.00 |
| | Von Maur | 7100-000 | $504.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $75,722.96 | $74,500.66 | $74,500.66 | $851.70 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-57154-TAB | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | REED, JOHN JAMES AND FRAZER, GAIL ANN | | **Date Filed (f) or Converted (c):** | 12/29/2010 (f) |
| **For the Period Ending:** | 8/14/2012 | | **§341(a) Meeting Date:** | 02/15/2011 |
| | | | **Claims Bar Date:** | 05/20/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash on hand. | $20.00 | $20.00 | DA | $0.00 | FA |
| 2  Chase | $147.00 | $147.00 | DA | $0.00 | FA |
| 3  Checking, savings or other financial | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 4  Household goods and furnishings, | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 5  Wearing apparel. | $500.00 | $500.00 | DA | $0.00 | FA |
| 6  Firearms and sports, photographic, and other hobby equipment. | $600.00 | $600.00 | DA | $0.00 | FA |
| 7  Disability payment from worker's compensation claim | $57,000.00 | $57,000.00 | DA | $0.00 | FA |
| 8  1993 Cadillac Eldorado, 183,000 miles | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 9  11-01601 Leibowitz v. Williston | $0.00 | $1,500.00 | DA | $1,500.00 | FA |

**TOTALS (Excluding unknown value)**                                                                       **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| $61,267.00 | $61,767.00 | | $1,500.00 | $0.00 |

**Major Activities affecting case closing:**

Need to see details of workers comp claim debtor has funds in Harris bank of approximately 57K.  Debtor paid Paster 6k and sister Laura 3k.

***injured at work, work related condition. Need details of the workers comp claim. Paid Dan and Nadia Marlos (First Church of God) (Preference Payment) DPL wants 2004 exam.

11-01601 Leibowitz v. Williston - Preferential lawsuit

TFR filed per UST approval.

Prepare TDR

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/31/2013 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2013 | DAVID LEIBOWITZ | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-57154-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | REED, JOHN JAMES AND FRAZER, GAIL ANN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9488 | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | ******9489 | Account Title: | |
| For Period Beginning: | 12/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2012 | (9) | Laura J. Williston | Settlement payment. | 1141-000 | $1,500.00 | | $1,500.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.63 | $1,498.37 |
| 07/12/2012 | 3001 | Office of the Clerk United States Bankruptcy Court | Claim #: 12; Amount Claimed: 250.00; Amount Allowed: 250.00;  Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $1,248.37 |
| 07/12/2012 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $21.67 | $1,226.70 |
| 07/12/2012 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $375.00 | $851.70 |
| 07/12/2012 | 3004 | Fifth Third Bank | Claim #: 1; Amount Claimed: 11,497.82; Amount Allowed: 11,497.82; Distribution Dividend: 1.14; | 7100-000 | | $131.45 | $720.25 |
| 07/12/2012 | 3005 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 1,296.07; Amount Allowed: 1,296.07;  Distribution Dividend: 1.14; | 7100-900 | | $14.82 | $705.43 |
| 07/12/2012 | 3006 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 1,576.51; Amount Allowed: 1,576.51;  Distribution Dividend: 1.14; | 7100-900 | | $18.02 | $687.41 |
| 07/12/2012 | 3007 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 9,832.23; Amount Allowed: 9,832.23;  Distribution Dividend: 1.14; | 7100-900 | | $112.40 | $575.01 |
| 07/12/2012 | 3008 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 1,453.09; Amount Allowed: 1,453.09;  Distribution Dividend: 1.14; | 7100-900 | | $16.61 | $558.40 |
| 07/12/2012 | 3009 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 4,561.14; Amount Allowed: 4,561.14;  Distribution Dividend: 1.14; | 7100-900 | | $52.14 | $506.26 |
| 07/12/2012 | 3010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.20 | $502.06 |
| | | | Claim Amount         $(4.20) | 7100-900 | | | $502.06 |
| 07/12/2012 | 3011 | LVNV Funding LLC/ resurgent Capital Services | Claim #: 8; Amount Claimed: 10,734.10; Amount Allowed: 10,734.10; Distribution Dividend: 1.14; | 7100-000 | | $122.71 | $379.35 |
| 07/12/2012 | 3012 | Cavalry Portfolio Services, LLC | Claim #: 9; Amount Claimed: 11,235.30; Amount Allowed: 11,235.30; Distribution Dividend: 1.14; | 7100-000 | | $128.44 | $250.91 |
| 07/12/2012 | 3013 | Capital Recovery IV LLC c/o Recovery Management | Claim #: 10; Amount Claimed: 1,437.88; Amount Allowed: 1,437.88; Distribution Dividend: 1.14; | 7100-900 | | $16.44 | $234.47 |
| 07/12/2012 | 3014 | Capital Recovery III LLC/c/o Recovery | Claim #: 11; Amount Claimed: 20,509.38; Amount Allowed: 20,509.38; Distribution Dividend: 1.14; | 7100-900 | | $234.47 | $0.00 |

**SUBTOTALS**   $1,500.00   $1,500.00

Page No: 2
Case 10-57154  Doc 43  Filed 08/15/12  Entered 08/15/12 10:31:29  Desc Main
**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document    Page 8 of 9
Exhibit 9

| Case No. | 10-57154-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | REED, JOHN JAMES AND FRAZER, GAIL ANN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9488 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | ******9489 | | Account Title: | |
| For Period Beginning: | 12/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $1,500.00 | $1,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,500.00 | $1,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,500.00 | $1,500.00 | |

**For the period of 12/29/2010 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/08/2012 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 10-57154  Doc 43  Filed 08/15/12  Entered 08/15/12 10:31:29  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 9 of 9
Exhibit 9

| Case No. | 10-57154-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | REED, JOHN JAMES AND FRAZER, GAIL ANN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9488 | | Checking Acct #: | ******5401 |
| Co-Debtor Taxpayer ID #: | ******9489 | | Account Title: | |
| For Period Beginning: | 12/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,500.00 | $1,500.00 | $0.00 |

**For the period of 12/29/2010 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/29/2010 to 8/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $1,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |